RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jason Brotherton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON BROTHERTON,<br><br>　　　　　Defendant. | Case No. 2:16-mj-620-PAL<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Brotherton, that the Preliminary Hearing currently scheduled on May 25, 2017 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties have been actively working to reach a pre-indictment resolution. However, negotiations stalled when government counsel went on maternity leave. The parties expect that negotiations will resume upon government counsel's return to the office next month.

The parties are hopeful that they will reach a resolution and no further continuances will be necessary.

    2.    Defendant is not incarcerated and does not object to a continuance.

    3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request for continuance filed herein.

DATED this 17th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON BROTHERTON,<br><br>    Defendant. | Case No. 2:16-mj-620-PAL<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 25, 2017 at the hour of 4:00 p.m., be vacated and continued to __August 23, 2017__ at the hour of 4:00 p.m.

    IT IS FURTHER ORDERED that **no futher extensions will be allowed**.

    DATED this 19th day of May, 2017.

                                                                       UNITED STATES MAGISTRATE JUDGE