RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jason Brotherton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON BROTHERTON,<br><br>　　　　　Defendant. | Case No. 2:16-mj-620-PAL<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Brotherton, that the Preliminary Hearing currently scheduled on August 23, 2017 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　The government has extended Mr. Brotherton an offer. Additional time is needed to finalize the offer into a written plea agreement.

2. Although defense counsel has discussed the general terms of the offer with Mr. Brotherton, additional time will be needed to fully review the details of the agreement with Mr. Brotherton. Mr. Brotherton's schedule presents a challenge since he works outside the jurisdiction, generally for months at a time.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fifth request for continuance filed herein.

DATED this 16th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| UNITED STATES OF AMERICA, | | Case No. 2:16-mj-620-PAL |
| Plaintiff, | | **ORDER** |
| v. | | |
| JASON BROTHERTON, | | |
| Defendant. | | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 23, 2017 at the hour of 4:00 p.m., be vacated and continued to November 21, 2017, at the hour of 4:00 p.m.

IT IS FURTHER ORDERED that no further extensions will be allowed.

DATED this 22nd of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE