1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   RAQUEL LAZO
3  Assistant Federal Public Defender
   Nevada State Bar No. 8540
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Raquel_Lazo@fd.org

7  Attorney for Jason Brotherton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-620-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Sixth Request) |
| JASON BROTHERTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Brotherton, that the Preliminary Hearing currently scheduled on November 21, 2017 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. A written plea agreement has been finalized between the parties. Additional time is needed to meet with Mr. Brotherton in order to review the written agreement and for it to be executed.

2. Mr. Brotherton is currently out of the jurisdiction for work. It is anticipated that Mr. Brotherton and defense counsel will be able to meet next month.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the sixth request for continuance filed herein.

DATED this 13th day of November, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON BROTHERTON,<br><br>    Defendant. | Case No. 2:16-mj-620-PAL<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 21, 2017 at the hour of 4:00 p.m., be vacated and continued to February 20, 2018 at the hour of 4:00 p.m.

IT IT FURTHER ORDERED that **no further extensions will be allowed**.

DATED this 14th day of November, 2017.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE