RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jason Brotherton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-620-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Seventh Request) |
| JASON BROTHERTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jason Brotherton, that the Preliminary Hearing currently scheduled on February 20, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review discovery with Mr. Brotherton, answer a few outstanding questions, and finalize steps on how to proceed.

2. Mr. Brotherton is currently on work assignment and training in Tacoma, Washington from February 10-25th. Mr. Brotherton and defense counsel expect to meet the week of February 26th.

3. The parties do not expect any further continuances absent extraordinary circumstances.

4. Defendant is not incarcerated and does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request for continuance filed herein.

DATED this 15th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JASON BROTHERTON,

    Defendant.

Case No. 2:16-mj-620-PAL

**ORDER**

    In the last Order (ECF No. 20) granting the stipulation to extend the preliminary hearing, the court ordered that no further extensions would be allowed. However, as all parties executed a plea agreement in this matter on February 16, 2018,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 20, 2018 at the hour of 4:00 p.m., be vacated and continued to March 13, 2018 at the hour of 4:00 p.m.

    DATED this 16th day of February, 2018.

                                             UNITED STATES MAGISTRATE JUDGE